FILED
AUG 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08MJ2572-BLM |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| XAVIER IVAN ULLOA-LUNA(1) ) | |
| Defendant. ) | |

A.   **Order For Detention**

After conducting a detention hearing pursuant to 18 U.S.C. §3142(f) of the Bail Reform Act, the Court orders the above named defendant detained without bail pursuant to 18 U.S.C. §3142(e) and (i).

B.   **Statement of Reasons For the Detention**

The Court orders the defendant's detention because it finds:

__X__   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

_____   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

1

C.  **Findings of Fact**

The Court's findings are based on the evidence presented to the Court, including the criminal complaint and attorney proffer(s), and the information contained in the Pretrial Services Report. After considering all of the relevant information and evidence, the Court finds as follows:

(1) Nature and circumstances of the offense charged:

__X__ (a) The offense charged: _importation of MJ, 21 USC 952 & 960_ is a serious crime and carries a maximum penalty of _life imprisonment_

__X__ and a mandatory minimum sentence of _ten years_.

_____ (b) The offense is a crime of violence.

_____ (c) The offense is a federal crime of terrorism listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum term of imprisonment is 10 years or more.

__X__ (d) The offense involves a narcotic drug.

__X__ (e) The offense involves a large amount of controlled substances, to wit: _approximately 1256 kg of MJ_.

(2) Weight of the evidence against the defendant. The Court acknowledges that this is the least significant factor but finds as follows:

__X__ (a) There is probable cause to believe the named defendant committed the charged offense.

_____ (b) The evidence against the defendant is strong including that _____ _____.

(3) History and characteristics of the defendant:

_____ The defendant appears to have a mental condition which may affect whether the defendant will appear.

__X__ The defendant has ~~no~~ limited family ties to the co~~m~~munity. [US]

__X__ The defendant is not a long time resident of the community.

__X__ The defendant does not have significant community ties.

__X__ The defendant has significant family ties to Mexico.

__X__ The defendant has other significant ties to Mexico.

1  __X__  The defendant does not have steady employment in the United States.
2  __X__  The defendant does not have substantial financial resources or assets in the United States.
4  __X__  The defendant did not present ~~any~~/a (sufficient) bond proposal.
5  _____ Past conduct of the defendant:_____
6  _____
7  _____ The defendant has a history relating to drug abuse.
8  _____ The defendant has a history relating to alcohol abuse.
9  _____ The defendant has a significant prior criminal record.
10 _____ The defendant has a prior record of failure to appear at court proceedings.
11 _____ The defendant has a prior record of probation, parole or supervised release violations and/or revocations.
13 _____ The defendant is an illegal alien and is subject to deportation.
14 __X__  The defendant is a legal alien and will be subject to deportation if convicted. ↳ border crossing card
16 _____ Other:_____
17 _____
18 _____
19 _____.
20 _____ At the time of the current arrest, the defendant was on:
21         _____ Probation  _____ Parole
22         _____ Release pending trial, sentence, appeal or completion of sentence.
23 (4) The nature and seriousness of the danger posed by the defendant's release are as follows:_____
25 _____
26 _____
27 _____.

1  While in custody, on order of a court of the United States or on request of an attorney for
2  the government, the person in charge of the corrections facility shall deliver the defendant to a
3  United States Marshal for the purpose of an appearance in connection with a court proceeding or
4  any other appearance stipulated to by defense and Government counsel.
5  This order is made without prejudice to modification by this Court.
6  IT IS SO ORDERED.
7  Dated: 8/26/08

BARBARA L. MAJOR
United States Magistrate Judge

10  cc: District Judge
    All Counsel of Record